UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-566-MOC-DSC

| | |
|---|---|
| **CHICAGO TITLE COMPANY, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) PRELIMINARY INJUNCTION |
| | ) ORDER |
| | ) |
| **WILSON RE SERVICES, INC.-AEGON,** | ) |
| **JPMORGAN CHASE BANK, N.A.,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court following a hearing on plaintiff's Motion for Temporary Restraining Order ("TRO") (#2), which the Court converted to a Motion for Preliminary Injunction.

Plaintiff filed its Complaint (#1) on October 19, 2022. and filed its Motion for a TRO the same day. On October 21, 2022, this Court entered an order finding that plaintiff made the required showing for a TRO, and the Court issued the following order:

> The Court therefore orders that Defendant JPMorgan Bank and its agents, employees, and representatives, is enjoined from facilitating or allowing any withdrawal, transfer, or disposition of its wired funds presently held in the JPMorgan Bank account ending in 1283 in the name of Wilton Re Services Inc. – Aegon, and JPMorgan Bank is required to maintain the funds in the Account, and any other accounts at JPMorgan Bank into which monies from the Account may have been transferred, until further Order of the Court, unless and until JPMorgan Bank transfers and returns the funds directly to plaintiff (from whom the funds were received).

(#8). In its order, the Court also converted the motion for a temporary restraining order to a motion for a preliminary injunction. The Court held a hearing on the motion on October 25, 2022. Based

1

on the parties' representations at the hearing, the Court finds that the Order entered on October 21, 2022, shall continue as a preliminary injunction.

**ORDER**

The Court therefore orders that Defendant JPMorgan Bank and its agents, employees, and representatives, is enjoined from facilitating or allowing any withdrawal, transfer, or disposition of its wired funds presently held in the JPMorgan Bank account ending in 1283 in the name of Wilton Re Services Inc. – Aegon, and JPMorgan Bank is required to maintain the funds in the Account, and any other accounts at JPMorgan Bank into which monies from the Account may have been transferred, until further Order of the Court, unless and until JPMorgan Bank transfers and returns the funds directly to plaintiff (from whom the funds were received).

This Order is issued on October 25, 2022.

Signed: October 25, 2022

Max O. Cogburn Jr
United States District Judge