UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:22-cv-00566-MOC

| | |
|---|---|
| **Chicago Title Company, LLC,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )      ORDER<br>) |
| **JPMorgan Chase Bank, N.A.,**<br>**Wilton Re Services, Inc.-Aegon** | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the court on Plaintiff's Motion to Enforce the Preliminary Injunction Order. (Doc. No. 46).

Plaintiff was the victim of fraud. After receiving false wiring instructions, Plaintiff wired funds to a fraudulent account held at Defendant JPMorgan Chase Bank, N.A. ("Defendant JPMorgan") ending in 1283 in the name of Wilton Re Services, Inc. – Aegon (the "Fraudulent Account"). As a result, on October 19, 2022, Plaintiff moved for a Temporary Restraining Order and Preliminary Injunction, seeking, among other things, injunctive relief freezing the Fraudulent Account and enjoining any further banking activities in that account until further Order of Court. (Doc. Nos. 1, 2). This Court entered a Temporary Restraining Order, (Doc. No. 8), effectively freezing the Fraudulent Account. Soon after, this Court entered a Preliminary Injunction Order continuing the terms of the Temporary Restraining Order. (Doc. No. 14).

The Preliminary Injunction Order provides:

> The Court therefore orders that Defendant JPMorgan Bank and its agents, employees, and representatives, is enjoined from facilitating or allowing any withdrawal, transfer, or disposition of its wired funds presently held in the JPMorgan Bank account ending in 1283 in the name of Wilton Re Services Inc. – Aegon, and JPMorgan Bank is required to maintain the funds in the Account, and any other accounts at JPMorgan Bank into which monies from the Account may have been transferred, until further Order of the

1

Court, unless and until JPMorgan Bank transfers and returns the funds directly to plaintiff (from whom the funds were received).

Before this Court entered its TRO and Preliminary Injunction, funds in the Fraudulent Account had already been transferred out of the Fraudulent Account and into an account or accounts at Wells Fargo. Recently, Wells Fargo returned approximately $2.1 million to Defendant JPMorgan as part of a recall of these subsequent fraudulent transfers. (Doc. No. 46 ¶ 15).

Pursuant to the Preliminary Injunction Order, Plaintiff now moves to have Defendant JPMorgan return the recalled funds to Plaintiff. Defendant JPMorgan does not object to the relief requested by Plaintiff. (Doc. No. 49).

## **ORDER**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Enforce the Preliminary Injunction Order, Doc. No. 46, is **GRANTED** and Defendant JPMorgan shall, within three business days of this order, return the funds to Plaintiff via Cashier's Check made payable to Plaintiff, with the Cashier's Check being delivered to counsel for Plaintiff.

Signed: March 27, 2023

Max O. Cogburn Jr
United States District Judge