UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-566-MOC

| | |
|---|---|
| **CHICAGO TITLE COMPANY, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ) | |
| **WILSON RE SERVICES, INC.-AEGON,** ) | |
| **JPMORGAN CHASE BANK, N.A.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Amend the Complaint. (Doc. No. 50). Plaintiff has submitted a proposed Amended Complaint. (Doc. No. 50-1).

Defendants have filed a response, stating that they do not object to the motion to amend. (Doc. No. 54).

Because motions to amend shall be granted freely, the Motion to Amend (Doc. No. 50), is **GRANTED**. The Clerk is respectfully instructed to file the Amended Complaint on the docket.

Signed: April 7, 2023

Max O. Cogburn Jr
United States District Judge

-1-