UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-566-MOC

| | |
|---|---|
| **Chicago Title Company, LLC,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **JPMorgan Chase Bank, N.A.,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss without Prejudice Third and Fourth Claims for Relief in the Amended Complaint. (Doc. No. 62). Defendant consents to the motion.

Plaintiff's motion is **GRANTED**, and Plaintiff's Third and Fourth claims are dismissed without prejudice. All other claims remain pending.

**IT IS SO ORDERED**.

Signed: June 9, 2023

Max O. Cogburn Jr
United States District Judge