UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-566-MOC

| | | |
|---|---|---|
| **CHICAGO TITLE COMPANY, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JPMORGAN CHASE BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay, asking the Court to stay all activity in this case for a period of sixty (60) days, pending settlement discussions. (Doc. No. 78). Also pending is Plaintiff's Motion to Extend Pretrial Order Deadlines (Doc. 74). The motions are **GRANTED**, and this action shall be stayed until August 29, 2023.

If the case is not resolved by August 29, 2023, then on or before August 29, the Defendant shall file a response to Plaintiff's Amended Complaint (Doc. 57) and Motion to Compel (Doc. 71) and Plaintiff shall serve responses to Defendant's first interrogatories and requests for production. All deadlines in the Pretrial Order (Doc. 45) are extended by 120 days.

Signed: July 14, 2023

Max O. Cogburn Jr
United States District Judge

1